1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| C.B., | CASE NO. 4:24-cv-03749 |
|      Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN HER ANONYMITY** |
| v. | |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); Jeffrey Wilson; and DOES 1-25, inclusive, | |
|     Defendants. | |

Plaintiff has submitted an application to maintain her anonymity.

This Court, having considered the briefs and other documents in support of the application and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Application to Maintain Anonymity is **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 30, 2024

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

THE PRIDE
LAW FIRM